**FILED**

AUG 0 9 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| Plaintiff, | ) |
| | ) CASE NO. 5:23 CR 00430 |
| v. | ) |
| | ) Title 18, United States Code, |
| TRAVIS L. RICHARDSON, SR., | ) Sections 922(g)(1), (g)(9), and |
| | ) 924(a)(2) |
| Defendant. | ) |
| | ) |

**JUDGE NUGENT**

COUNT 1
(Felon in Possession of a Firearm and Ammunition,
18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury charges:

1. On or about July 16, 2020, in the Northern District of Ohio, Eastern Division, Defendant TRAVIS L. RICHARDSON, SR., knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Trafficking in Cocaine and Possession of Cocaine, on or about September 21, 2005, in case number 2005CR0946B, in the Stark County Court of Common Pleas; Trafficking in Cocaine, Possession of Cocaine, Trafficking Heroin, and Possession of Heroin, on or about June 10, 2014, in case number 2013CR1875, in the Stark County Court of Common Pleas; and Domestic Violence, on or about September 23, 2022, in case number 2022CR0980, in the Stark County Court of Common Pleas, knowingly possessed in and affecting interstate and foreign commerce a firearm, to wit: a Ruger model Security-9, 9mm caliber semiautomatic pistol, bearing serial number 381-90459, and ammunition, said firearm and ammunition having previously been shipped and

transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 2
(Prohibited Person in Possession of a Firearm and Ammunition,
18 U.S.C. §§ 922(g)(9) and 924(a)(2))

The Grand Jury further charges:

2.     On or about December 19, 2020, in the Northern District of Ohio, Eastern Division, Defendant TRAVIS L. RICHARDSON, SR., knowing he had been previously convicted of a misdemeanor crime of domestic violence, that being: Domestic Violence, on or about October 30, 2018, in case number 2018CRB04885 in the Municipal Court of Canton, Ohio, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Ruger model Security-9, 9mm caliber semiautomatic pistol, bearing serial number 381-90459, and ammunition, said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

## FORFEITURE

The Grand Jury further charges:

3.     For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28 United States Code, Section 2461(c), the allegations of Counts 1 and 2 are incorporated herein by reference. As a result of the foregoing offenses, Defendant TRAVIS L. RICHARDSON, SR., shall forfeit to the United States and any and all firearms and ammunition involved in or used in the violations charged in Counts 1 and 2.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.